MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

1301 Clay St., 3rd Floor
Oakland, California 94612
Telephone: (510) 637-3740
Fax: (510) 637-3724
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIGUEL ANGEL NUNEZ,<br><br>    Defendant. | CASE NO. CR 13-00383-PJH<br><br>[PROPOSED] ORDER AND STIPULATION CONTINUING BOND HEARING FROM FEBRUARY 20, 2014, TO MARCH 20, 2014 |

    The parties were originally set for a bond hearing in this matter on January 16, 2014. Prior to the hearing, the Court sua sponte rescheduled the hearing to February 20, 2014, at 11:00 a.m. However, government counsel is unavailable on February 20, 2014. The parties have met and conferred and now agree to set the matter for a bond hearing before the Court on March 20, 2014, at 11:00 a.m.

///

////

///

///

///

1  IT IS SO STIPULATED:

3  DATED: January 27, 2014                               /s/
                                                SARAH POTTER
4                                               Attorney for Defendant Nunez

6  DATED: January 27, 2014                               /s/
                                                AARON D. WEGNER
7                                               Assistant United States Attorney

8  IT IS SO ORDERED. In addition, the sureties' (other than Defendant) deadline to file a response to the motion remains February 3, 2014.  A response on behalf of Defendant alone, is not a response by all sureties.

12  DATED: 1/28/14                              /s/ Kandis Westmore
                                                HON. KANDIS A. WESTMORE
                                                United States Magistrate Judge

[PROPOSED] ORDER AND STIP TO EXCLUDE TIME
CR 13-00383 PJH                                 2                                               2